AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                    **CRIMINAL COMPLAINT**

**RICO LEE THOMAS    MICHAEL LEN JACKSON**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __**JUNE 29, 2005**__ in __**WASHINGTON**__ county, in the _____ District of __**COLUMBIA**__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a .357 caliber handgun and .357 caliber ammunition.

in violation of Title __**18**__ United States Code, Section(s) __**922(g)(1)**__.

I further state that I am __**OFFICER GREG PHIFER**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:        ☒ Yes   ☐ No

---

Signature of Complainant
**OFFICER GREG PHIFER**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __**Washington, D.C.**__
Date                                              City and State

_____        _____
Name & Title of Judicial Officer                 Signature of Judicial Officer