## STATEMENT OF FACTS

On Wednesday, June 29, 2005, at about 12:10 p.m., sworn officers with the Metropolitan Police Department's Sixth District were in the 3600 block of Alabama Avenue, S.E., Washington, D.C., when the defendants Rico Thomas and Michael Jackson, drove up on the sidewalk, jumped out of car they were in, and ran. Officers stopped the defendants. After giving officers his license and registration, defendant Thomas ran, but was apprehended. Officers approached the car the defendants had jumped out of, and saw a handgun on the front seat of the car. Officers recovered a loaded .357 caliber handgun. The gun was within arms reach of both defendants. Officers placed both defendants under arrest. The registration showed that the car is registered to defendant Rico Thomas. To the best of the undersigned officer's knowledge, defendant Rico Thomas has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the D.C. Superior Court Criminal Case No. F5561-92, and defendant Michael Jackson has previously been convicted of crimes punishable by imprisonment for a term exceeding one year in the D.C. Superior Court Criminal Case Nos. F6106-80, F8878-84, F0137-89, and F7505-92. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendants had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no .357 caliber handguns nor ammunition manufactured in the District of Columbia.

_____

OFFICER GREG PHIFER
SIXTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JUNE, 2005.


_____

U.S. MAGISTRATE JUDGE